# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,
for the use and benefit of
L&W SUPPLY CORPORATION
d/b/a SEACOAST SUPPLY,

    Plaintiff,

v.                                              Case No.: 3:10cv190/MCR/MD

DICK CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

        The court has been advised that the parties have reached a settlement of this matter. Therefore, the above-entitled action is **DISMISSED** from the active docket of the court. Pursuant to the parties agreement as stated in open court on August 20, 2010, the court reserves jurisdiction through March 31, 2011, to enforce the terms of the parties' agreement. Immediately thereafter, absent any further record activity, the Clerk is directed to close the case in its entirety for all purposes.

        **ORDERED** on this 27th day of August, 2010.

                                                                    *s/ M. Casey Rodgers*
                                                                  **M. CASEY RODGERS**
                                                                  **UNITED STATES DISTRICT JUDGE**